

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00348-CV
_____

IN RE KRISTINA SHEA COOK, PETITIONER

An Original Proceeding Arising from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2018-530,278
Honorable Mackey Hancock, Senior Judge, Presiding by Assignment

October 10, 2018

## ORDER GRANTING EMERGENCY RELIEF

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

On October 10, 2018, came on to be considered the *Petition for Writ of Habeas Corpus* filed by Petitioner, Kristina Shea Cook, pursuant to Rule 52.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.1. In conjunction with the filing of her petition, Petitioner has requested emergency temporary relief, to-wit: an order discharging her from incarceration pending a decision on the merits. *See* TEX. R. APP. P. 52.10(b). By her request, Petitioner seeks an order from this court staying enforcement

of the trial court's *Order Holding Kristina Shea Cook in Contempt and For Commitment to County Jail* signed on October 8, 2018, in trial court Cause Number 2018-530,278, in the 72nd District Court of Lubbock County, Texas, by the Honorable Mackey Hancock, Senior Judge by assignment (the "trial court order").

The *Request for Emergency Relief* is granted, and the trial court's order is stayed pending further order of this court. *See* TEX. R. APP. P. 52.10(b). No bond is required as a condition of granting this temporary relief. *Id.* The clerk of this court is ordered to immediately transmit a copy of this order to all parties in interest, the trial court, the Lubbock County District Clerk, and the Lubbock County Sheriff's Department.

The Real Party in Interest, Darin Benton, is ordered to file a response to the Petitioner's petition on or before October 22, 2018. *See* TEX. R. APP. P. 52.4.

It is so ordered.

Per Curiam